FILED: JULY 23, 2008
08CV4189
JUDGE LEFKOW
MAGISTRATE VALDEZ

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**: Tom Brady

**DEFENDANTS**: Avent America, Inc.

**(b)** County of Residence of First Listed Plaintiff: DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: DuPage
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
Zimmerman Law Offices, P.C.
100 W Monroe St, Suite 1300
Chicago, IL 60603, 312-440-0020

Attorneys (If Known):

## II. BASIS OF JURISDICTION
- [X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
- [X] 385 Property Damage Product Liability

## V. ORIGIN
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
28 USC 1332(d) - Class Action

## VIII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 7-23-08

SIGNATURE OF ATTORNEY OF RECORD: [signature]